|  |  |
|---|---|
| * | IN THE |
| * | |
| IN THE MATTER OF THE PETITION  *  SUPREME COURT |
| FOR REINSTATEMENT OF STEVEN | |
| MARC ASSARAF TO THE BAR OF  *  OF MARYLAND |
| MARYLAND | |
| * | AG No. 17 |
| * | September Term, 2024 |
| * | |

IN THE MATTER OF THE PETITION
FOR REINSTATEMENT OF STEVEN
MARC ASSARAF TO THE BAR OF
MARYLAND

\*

\*

\*

\*

\*

\*

IN THE

SUPREME COURT

OF MARYLAND

AG No. 17

September Term, 2024

**ORDER**

Upon consideration of the petition for reinstatement and Bar Counsel's response to the petition for reinstatement, it is this 19th day of December 2024, by the Supreme Court of Maryland, a majority of the Court concurring,

ORDERED that the petition is granted; and it is further

ORDERED that Steven Marc Assaraf is reinstated as a member of the Bar of Maryland; and it is further

ORDERED that the Clerk of the Court shall replace the name Steven Marc Assaraf upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in this State.



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk